```
                                                            FILED
                                                   UNITED STATES DISTRICT COURT
                                                        DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAR 2 7 2014

JEFFREY P. COLWELL
CLERK

Civil Action No. '14 – CV – 00894
(To be supplied by the court)

Leila McCoy et al., Plaintiff,

v.

Colorado Springs Police Dept,
Ofc. Scott Richardson,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

# COMPLAINT

---

(Rev. 07/06)

## PARTIES

1. Plaintiff **Leila McCoy et al.** is a citizen of **State of CO, El Paso County**
   who presently resides at the following address:
   **17 N. Garland Ave. CO Springs, CO 80909**

2. Defendant **Colorado Springs Police Dept** is a citizen of **State of CO, El Paso County**
   who live(s) at or is/are located at the following address:
   **705 S. Nevada CO Springs, CO 80903**

3. Defendant **Scott Richardson** is a citizen of **State of CO; El Paso County**
   who live(s) at or is/are located at the following address:
   **705 S. Nevada CO Springs, CO 80903**

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **8th amendment of the US Constitution; Section 1983; Americans w/ Disabilities Act; Violence Against Women Act; HUD federal Regulations,**

5. Briefly state the background of your case: **See attached statement**
   **A) Wrongful death of Unborn McCoy**
   **① Mrs McCoy is Blind & mobility impaired**
   **② Police came out to investigate an alleged accident w/ a baby stroller she was not a party to or present for**
   **③ Ofcr Scott Richardson responded and he knew Blind Pregnant Citizen had a pending internal affairs complaint against him**
   **④ He tried to force Plaintiff to violate Federal Housing Regulations and disregarded her rights in Violence Against Women Act & HUD Federal Housing Regulations and tried to force her to turn her federally subsidized unit over to a person not eligible due to his criminal background.**

(Rev. 07/06)                                    2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Cruel & unusual punnishment:

① held Blind Pregnant woman in police cruiser for hours denying her use of her Insulin and denying her food.

② Twisted her arms behind her back, pulling her hair, exposin her buttocks & genitals to her children, neighbors & onlookers - he knows she is muslim he had already pulled off her scarf.

③ Denying her transport to hospital for diabetes treatmen or prenatal care, He knew she was VERY high risk because she told him and he testified he was aware of her from previos medical calls for a stillbirth

④ Denied Blind pregnant citizen use of her Blind cane or to sighted guide her dragged her out of dooryeg inside residence w/out warrant, dragged out of shoes, slammed into concrete barrier on porch & side of cruiser,

(Rev. 07/06)                    3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

A) Cruel & Unusual punnishment

B) Violation of the ADA

C) Denial of life sustaining medication & prenatal care

D) Discrimination based on Disability & Race

(5) Physically abused Blind pregnant mother & verbally abused her in front of her children. On both days taunted Plaintiff about her disability and his power to call Child Abuse Hotline or others to have her kids removed based soley on her disability.

(6) Refused to read HUD lease adendum or Court custody papers but tried to circumvent family court order and force plaintiff to give her children to her Godmother because of his biases related to her disabilities w/ no authority to do so.

(7) When Richardson learned Plaintiff filed Internal Affairs & ADA complaint he called child abuse hotline and deliberately filed false report and had her children removed from her home. DHS returned children w/a NO FAULT finding on Plaintiff.

(Rev. 07/06)
4

### THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

**Excessive Force**

Plaintiff prays/motions the court to accept the enclosed typed statement. She is Blind and must use a speech software that does not work with this form. Plaintiff requests the court accept her typed statement as a Reasonable Accommodation as per the ADA. (See attached statement)

**Police Misconduct**
→ The officers were permitted by their superiors to screen the IA complaint themselves

**Retaliation for Civil Rights, ADA Complaint**
**Failure to Act to protect able Vulnerable Adult**
→ A few days after this incident a motorist who felt the Blind pregnant plaintiff was walking too slow across a street tried to hit her and her home health aide w/ his truck, held her at the scene impersonating an officer w/ a gun and his security badge and CO Springs Police took no action due to her ADA, IA complaint.

(Rev. 07/06)

5

## US DISTRICT COURT OF COLORADO
## LEILA MCCOY ET AL. V. COLORADO SPRINGS PD/OFFICER RICHARDSON
## SYMMARY OF EVENTS LEADING TO VIOLATIONS OF SECTION 1983/DEATH OF BABY

## ADA ACCOMODATION REQUEST:
## MRS MCCOY IS BLIND AND PRAYS THE COURT ACCEPT HER CLAIM IN THIS FORM BECAUSE SHE MUST USE SCREEN READER FOR THE BLIND AND SPEECH SOFTWARE THAT CANNOT ACCESS THE STANDARD COURT FORM TO MAKE HER CLAIM.

I was wondering if you had been made aware of my situation. I am a local social worker working on my masters degree that is the owner of to nonprofit agencies it is the official Health & Social Services Representative for my faith community in this area. I have absolutely no criminal record, no history of substance abuse or mental illness, and have never had a negative police experience in my life before moving to the city. In fact in the city I previously lived in I found is the community policing Association for my district to make area activities with minority safer for the citizens living in my area arranging for the men from several local churches and other faiths congregations to help the police provide security services at these events. I also happen to be a person who is blind. I don't know if you are aware that during a simple accident regarding one of my children in which I was not even pregnant when the child had the accident an officer I had started the internal affairs complaint process against physically, sexually and verbally abuse me and denied me access to medical care as a person who was pregnant diabetic and has other chronic illnesses that affect the health of myself and my unborn baby. I filed a complaint with the Colorado Springs police department and they allow the officers involved to conduct their own internal affairs investigation. The result of the charges the officer try to follow me is that the district attorney refuse to prosecute the case and found that the witnesses were unreliable and there was no evidence I had ever committed a crime in fact I am working with the courts to get the entire arrest feel off of my records. Based on my disability and in retaliation for the fact that I made it clear to the officer I was going to internal affairs about his behavior he also made up false charges to have my children removed from my custody. The Department of Human Services has returned my children to me with a no fault finding they have done a thorough investigation including to psychiatric exam and prove that every allegation your officer made against me what is wholly false. This officer was so abusive to me that he took the skin off of my buttocks in my hip and a chocolate skin actually fell off of my right foot because he drugged me by my hair in my arm out of my shoes knowing that I was pregnant knowing that I was blind and not a threat to anybody on the scene. Furthermore he held me in the back of a sqaud car for several hours denying me access to food and insulin which was necessary to sustain my life and the life of my unborn baby I was so weak and upset by the time he left my home health aid came to my home took me to the hospital and they discovered I had an approx 600 blood sugar. Furthermore because of the physical abuse and how rough he was with me during the arrest I began spotting I told him this and he nor did I bleed for several weeks after the physical abuse by the officer in in the end my baby lost its life. Also you should know the Department of Human Services return my children to me with a no finding fault and recognize that what was happening to me was a form of ambient abuse buy a person I was ending a relationship with and that I had committed absolutely no form of abuse or neglect on my children. Your officer discriminate against me based on my race he pull my religious scarf off of my head and made other demeaning comments to me and I feel he discriminate based on my religion and he most definitely discriminate against me based on my disability because without any proof whatsoever he tried to force me to give custody of my children to my mother because I'm legally blind in one that did not work and he found out I made a complaint against him he been made up stories and call the Department of Human Services to remove my children for 6 weeks only to have to return them with a finding that I have done absolutely nothing to them. I am using this format to file a formal complaint because the Chief of Police is not taking me seriously they actually sent me a letter that because the paramedic spoke to me through the window while I was handcuffed in the back of the car I had received all necessary medical care and the officer was correct in his behavior even know he was just showing me a ticket. I am pregnant diabetic have an incompetent cervix and your officer testified at the DHS hearing that he knew of me from being out at my house on other medical calls related to my pregnancy there is no way a paramedic talking to me through the window while I'm handcuffed behind my back putting extraordinary pressure on my cervix and increasing my chances of having a miscarriage and denying me access to my insulin shots and food for several hours is providing adequate medical care it is abuse bottom line. Furthermore the paramedic

company has absolutely no record of treating me as a patient checking my blood sugar using a doctor to check my baby's heartbeat at making any other offer to take me to a medical facility to make sure me and my baby were OK. Even if person accused of murder if not then I transport to a hospital if they are severely ill if that officer was not trying to hide the injury he knew I had on my bottom inside and the fact that I was spotting from him throwing me around he would have had me transported to the hospital to make sure that I was ok as a citizen with diabetes and other serious health problems and he most certainly would have been concerned if my unborn baby was okay. If my home health aide had not come by later and found me along with my neighbor after he had called me for several hours and could not reach me by phone because I had passed out from having a high blood sugar I would be dead today. Your office or discriminated against me your officer abused me and violated my civil rights and definitely violated the right of my unborn baby to have every chance to live and now its life is gone. I would like to speak to you and I would like to speak before the City Council about my experience your officers need better training about how to work with citizens of color and not function of a stereo type they need to learn how to work with people with disabilities and not assume that because the person has a disability they are not capable parent and they certainly need to learn about the consequences of denying a diabetic especially one who is pregnant proper medical treatment and how to decipher an accident from a criminal charge with criminal intent. You should also know that one of the witnesses the officer try to use to establish probable cause had recently had her 3-year-old son brought back to her at 2 o'clock in the morning after a neighbor found him wandering in the parking lot of our apartment complex and almost ran him down by accident. Your officers did not ticket this mother nor did your officers even call dhs to follow up and make sure that she put appropriate safety measures in place to make sure her child did not get out of the home in the middle of the night again. But based solely on my disability a conversation that the officer overheard and statements that he completely fabricated and never reported to the Department of Human Services when he called to have them removed my children, he took all of these actions against me and harm my unborn baby just to see me a misdemeanor ticket and then he and his superior were allowed to investigate themselves instead of someone in the Internal Affairs Department who was unbiased. I had a right to use my handicap Kane I had a right to not be forced to sign paperwork I could not read as a person who is blind and both my unborn baby and I had a right to proper medical examination in treatment both on the scene and at hospital later which is exactly where I ended up why the hospital staff fought to get my blood sugar under control. Your officer later lied and said he physically abused me because I refuse to comply and speak with him but after he got notice from the Department of Justice about my complaint he wrote an 8 page report that reads more like a soap opera movie script in which he claims he could remember every single word I said to him two days later after the holiday but at no point did the dress why he did not have me transported to the hospital knowing that I was pregnant diabetic and he held in the car for several hours without access to food and medication. My baby is gone and regardless of color or the fact that its mother is disabled he had a right to the best chance at being alive I would ask if my mayor that you take my concerns seriously and that I be allowed to speak before the City Council about my experience,

My telephone number is 719 29 1 29 28

*[signature]*

3/25/14

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Twenty / 20 million dollars from each Defendant for Mrs. McCoy and her 4 children.

Date: 3-25-2014

_(Plaintiff's Original Signature)_

17 W Garland Ave
(Street Address)

CO Springs, CO 80909
(City, State, ZIP)

(719) 291-2928
(Telephone Number)