IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00894-LTB

LEILA MCCOY et al. [sic], also known as
LEILA MARIE MCCOY

    Plaintiff,

v.

COLORADO SPRINGS POLICE DEPT., and
OFC. SCOTT RICHARDSON,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 30, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30th day of May, 2014.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/K Lyons
                                Deputy Clerk